Submitted July 16, 2020, affirmed February 3, 2021

STATE OF OREGON,
*Plaintiff-Respondent,*

*v.*

JEREMIAH ANTONIO LEE,
*Defendant-Appellant.*

Washington County Circuit Court
19CR15150, 19CN00949;
A171062 (Control), A171159

480 P3d 321

Ricardo J. Menchaca, Judge.

Ernest G. Lannet, Chief Defender, Criminal Appellate Section, and Laura A. Frikert, Deputy Public Defender, Office of Public Defense Services, filed the brief for appellant.

Ellen F. Rosenblum, Attorney General, Benjamin Gutman, Solicitor General, and Jennifer S. Lloyd, Assistant Attorney General, filed the brief for respondent.

Before Lagesen, Presiding Judge, and James, Judge, and Kamins, Judge.

PER CURIAM

Affirmed. *State v. Ciraulo*, 367 Or 350, 478 P3d 502 (2020).